```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KISHOR KUMAR RAO and
POORNIMA KISHOR,

                        Plaintiffs,
                                                                    ORDER ADOPTING
                                                              REPORT AND RECOMMENDATION
              - against -                                          14-CV-7422 (RRM)(LB)

THE CITY OF NEW YORK, DETECTIVE KEVIN
WARMHOLD, POLICE OFFICER YISEL
CABRERA, DETECTIVE MICHAEL RISO,
DETECTIVE JOHN GRIDLEY, and
POLICE OFFICERS JOHN DOE #1–10,

                        Defendants.
----------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.
```

On April 5, 2016 – approximately one month prior to the end of discovery – plaintiffs Kishor Kumar Rao ("Rao") and Poornima Kishor ("Kishor") moved to amend their complaint for a third time. Plaintiffs sought to add a municipal liability claim under 42 U.S.C. § 1983, alleging that Rao's arrest was made "using [an] identification card[ ] ("I-cards") in lieu of attempting to obtain [an] arrest warrant[ ]," in violation of his constitutional rights. (Pls.' 4/5/16 Ltr. (Doc. No. 41) at 1.) On April 11, 2016, the Court referred that motion to Magistrate Judge Lois Bloom for a Report and Recommendation ("R&R"). On April 26, 2016, Judge Bloom issued an R&R recommending that plaintiffs' motion to amend their complaint be denied. (R&R (Doc. No. 45) at 1.) Judge Bloom found that the amended complaint failed to allege facts sufficient to state a claim that the City of New York promulgated a custom or policy that violates federal law, as required for municipal liability under § 1983. (R&R at 2–3.) Judge Bloom also found that defendants would be unduly prejudiced by the amendment because discovery was almost closed. (R&R at 3.) Finally, Judge Bloom reminded the parties that, pursuant to Rule 72(b), any objection to the R&R must be filed

within fourteen (14) days.  More than fourteen (14) days has passed and no party has filed any objection.

## CONCLUSION

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R (Doc. No. 45) for clear error and, finding none, concurs with the R&R in its entirety.  *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ORDERED that the motion to amend (Doc. No. 44) is denied.

SO ORDERED.

Dated: Brooklyn, New York
       December 20, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge