AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Kishor Kumar Rao ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-cv-7422 (RPK) (LB) |
| The City of New York et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The jury returned a verdict in favor of defendants on January 26, 2023.

This action was *(check one)*:

☑ tried by a jury with Judge Rachel P. Kovner _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 1-26-23

BRENNA B. MAHONEY
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*